IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,   )
                            )
         Plaintiffs,        )   No. CR-05-189-AWI
                            )
    vs.                     )   ORDER OF RELEASE
                            )
JOHN DAO,                   )
                            )
         Defendant.         )
_____)
```

The above named defendant having been sentenced on January 16, 2007 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   January 17, 2007**              /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE

9/26/96 exonbnd.frm

1