# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | John Dao<br>T/N John Huy Dao |
| **Docket Number:** | 1:05CR00189-01 AWI |
| **Offender Address:** | Santa Ana, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 12/05/2005 |
| **Original Offense:** | 18 USC 510(b), Receipt and Delivery of Stolen Treasury Checks (CLASS C FELONY) |
| **Original Sentence:** | 30 months custody Bureau of Prisons; 36 months supervised release; $100 special assessment; $42.76 restitution; Mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) Provide access to financial information; 3) Drug/alcohol treatment; 4) Drug/alcohol testing; 5) Aftercare co-payment; and 6) DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 01/18/2007 |
| **Assistant U.S. Attorney:** | Sheila K. Oberto        **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Melody Walcott           **Telephone:** (559) 487-5561 |

**RE:**   **John Dao**
**Docket Number:  1:05CR00189-01 AWI**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

>The defendant shall reside and participation a residential re-entry center program under the community corrections component, as approved by the probation officer, for a period not to exceed 180 days or until discharged by the program director pursuant to 18 USC 3563(b)(11).

**Justification:**   Upon release from the Bureau of Prisons, the supervisee commenced his supervised release in the Central District of California (CD/CA), Santa Ana Office.  The undersigned officer received a violation notice from the United States Probation Office CD/CA dated November 29, 2007, and received by this office on December 7, 2007. The following explains the nature of the violation and recommendation for community sanctions.

Following his arrival in Santa Ana, the supervisee commenced employment for his father's printing business, to wit: DP Printing, in Fountain Valley, California.  This arrangement was approved for Mr. Dao with the condition that he work there full-time and that he be accountable during his reported work hours.

After several months it became apparent that the supervisee was not at his family's printing business during his reported work hours, as he was consistently absent from the work site.  After it was ascertained that the supervisee failed to work full-time as required, the probation officer directed the supervisee to find other employment.  Since then, the supervisee failed to secure and maintain employment.

On October 18, 2007, the supervisee was directed to report every Wednesday morning to the probation office in Santa Ana for the purpose of submitting job search logs to demonstrate his efforts in securing employment.  He failed to report to the office as directed on five different occasions.  Based on his noncompliant behavior, the probation officer instructed the supervisee to be in the office on November 26, 2007, to discuss his

RE: John Dao
Docket Number: 1:05CR00189-01 AWI
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

defiance towards the probation officer's instruction to submit a daily job search log; the supervisee failed to appear as instructed.

On November 29, 2007, the supervisee finally reported to the probation office and admitted that he intentionally ignored the probation officer's directives with respect to his job search contacts and his office visit on November 26, 2007. The supervisee acknowledged he did not have a legitimate excuse for not complying with the probation officer's instructions. The supervisee agrees with the probation officer's recommendation for 180 consecutive days in a residential re-entry program and waived his right to a hearing and assistance of counsel. A *Waiver of Hearing* was signed by the supervisee and is attached.

It is the belief of the probation officer in the CD/CA that the above sanction will provide the supervisee with structure and accountability while, at the same time, address his employment issues. Further, it is believed that the above modification of conditions will adequately address his violation conduct.

Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido
United States Probation Officer**
Telephone: (559) 499-5725

**DATED:** December 20, 2007
Fresno, California
jtp


**REVIEWED BY:** /s/ Melinda S. Peyret  for
**BRUCE A. VASQUEZ
Supervising United States Probation Officer**

**RE:   John Dao**
**      Docket Number:  1:05CR00189-01 AWI**
**      PETITION TO MODIFY THE CONDITIONS OR TERM**
**      OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## THE COURT ORDERS:

( **X** )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   December 21, 2007**                    /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE